UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PAINTERS UNION LOCAL 802 HEALTH AND
WELFARE FUND, PAINTERS UNION LOCAL
802 RETIREMENT FUND, PAINTERS UNION
LOCAL 802 APPRENTICESHIP AND TRAINING       ENTRY OF DEFAULT
FUND, INTERNATIONAL PAINTERS &
ALLIED TRADES DISTRICT COUNCIL NO. 7         07-cv-00730-jcs
DUES FUND, AND MARK GROTE, PETER
BRAUN, ROB NOYCE, JEFF MEHRHOFF,
STEPHEN ARMBRECHT, AND JOHN
JORGENSEN, in their capacities as Trustees of
THE FUNDS,

    Plaintiffs,

              v.

DECORATING UNLIMITED, INC.,

    Defendant.

---

Plaintiffs request that the clerk of court enter default against defendant Decorating Unlimited, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendant Decorating Unlimited, Inc., has failed to appear, plead, or otherwise defend, the default of defendant Decorating Unlimited, Inc., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 11th day of February, 2008.

                                            /s/
                                        Theresa M. Owens
                                        Clerk of Court