UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

PAINTERS UNION LOCAL 802
HEALTH AND WELFARE FUND,
PAINTERS UNION LOCAL 802
RETIREMENT FUND,
PAINTERS UNION LOCAL 802
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL PAINTERS & ALLIED
TRADES DISTRICT COUNCIL NO. 7 DUES FUND,
and MARK GROTE, PETER BRAUN,
ROB NOYCE, JEFF MEHRHOFF,
STEPHEN ARMBRECHT and JOHN JORGENSEN,
in their capacities as Trustees of THE FUNDS,

        Plaintiffs,

        vs.        Case No. 07-C-0730S

DECORATING UNLIMITED, INC.,

        Defendant.

ENTRY OF PARTIAL JUDGMENT AND INJUNCTIVE
RELIEF ON THE DECISION BY THE COURT

This action having come on for hearing before the court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Rule 55 of the Federal Rules of Civil Procedure that:

    1.    Judgment should be entered on behalf of the plaintiffs, Painters Union Local 802 Health & Welfare Fund, Painters Union Local 802 Retirement Fund, Painters

MW\1499657

union Local 802 Apprenticeship and Training Fund, International Painters & Allied Trades District Council No. 7 Dues Fund, and Mark Grote, Peter Braun, Rob Noyce, Jeff Mehrhoff, Stephen Armbrecht and John Jorgensen, in their capacities as Trustees of The Funds (the "Funds"), and against Decorating Unlimited, Inc. with damages to be determined at a later date as provided by law.

2.  Defendant Decorating Unlimited, Inc. is to submit within twenty-one (21) days of the date of this order to an audit of its books and records by the plaintiff Funds' designated representative covering the period of June 1, 2007 to the present date.

3.  Plaintiff Funds shall submit the results of said audit to the court within twenty-one (21) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the plaintiff Funds to include all contributions, interest and liquidated damages, as well as reasonable attorney's fees and costs of prosecution advanced, due the plaintiff Funds as reported by the auditor, to be submitted in the form of an affidavit.

Dated at Madison, Wisconsin this 6 day of March, 2008.

_____
BY THE CLERK

_____
BY THE DEPUTY CLERK

Approved as to form this 5th day of March, 2008.

_____
Barbara B. Crabb
U.S. DISTRICT COURT JUDGE

MW\1499657                                          2