UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

PAINTERS UNION LOCAL 802
HEALTH AND WELFARE FUND,
PAINTERS UNION LOCAL 802
RETIREMENT FUND,
PAINTERS UNION LOCAL 802
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL PAINTERS & ALLIED
TRADES DISTRICT COUNCIL NO. 7 DUES FUND,
and MARK GROTE, PETER BRAUN,
ROB NOYCE, JEFF MEHRHOFF,
STEPHEN ARMBRECHT and JOHN JORGENSEN,
in their capacities as Trustees of THE FUNDS,

        Plaintiffs,

        vs.                Case No. 07-C-0730S

DECORATING UNLIMITED, INC.,

        Defendant.

---

ORDER FOR JUDGMENT **AND JUDGMENT**

---

A motion for default judgment with supporting pleadings having being

brought by the plaintiffs in the above-captioned action were submitted to the court

and filed with the Clerk.

The court, having duly heard all issues and a decision having been duly

rendered, orders as follows:

1.      Defendant Decorating Unlimited, Inc. has failed to plead or

otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil

REINHART\2348450

Procedure and controlling case law in the Seventh Circuit.

2.    Defendant Decorating Unlimited, Inc. violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds on a timely basis and failing to submit monthly remittance reports to the plaintiff Funds.

3.    The court assesses damages, consisting of delinquent contributions, assessment of interest and liquidated damages, and attorney fees and costs to the plaintiff Funds at this time in the sum of $151,207.95.

**IT IS HEREBY ORDERED** that that the Clerk of Court is directed to enter judgment in the amount of $151,207.95 against Defendant Decorating Unlimited, Inc., and in favor of the above-captioned Plaintiffs, Painters Union Local 802 Health & Welfare Fund, Painters Union Local 802 Retirement Fund, Painters Union Local 802 Apprenticeship and Training Fund, International Painters & Allied Trades District Council No. 7 Dues Fund, and Mark Grote, Peter Braun, Rob Noyce, Jeff Mehrhoff, Stephen Armbrecht and John Jorgensen, in their capacities as Trustees of The Funds,

Dated this 27th day of August, 2008.

BY THE COURT:

Barbara B. Crabb
Judge, United States District Court

JUDGMENT ENTERED this 27th day of August, 2008.

By: L. Jensen, Deputy Clerk
Joel W. Turner, Acting Clerk of Court

REINHART\2348450                                    2